UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUNDRAY JERMAINE ARCHER,<br><br>            Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>            Defendant. | No. 25-CV-8331 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Defendants jointly move to stay the above-captioned matter pending the outcome of the State's appeal of the vacatur of Plaintiff's murder conviction.  (See 25-cv-8331, dkt. no. 11.)  Having considered the relevant factors, see, e.g., Louis Vuitton Malletier S.A. v. LY USA, Inc., 676 F.3d 83, 99 (2d Cir. 2012), the Court concludes that staying this action is appropriate.  Accordingly, this matter shall be stayed.  The parties shall submit a report to the Court every 60 days regarding the status of the State's appeal.  The Clerk of the Court shall close docket number 11.  **SO ORDERED.**

Dated:    November 6, 2025
           New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge